| UNITED STATES DISTRICT COURT | USDC SDNY |
| SOUTHERN DISTRICT OF NEW YORK | DOCUMENT |
| | ELECTRONICALLY FILED |
| | DOC #: |
| | DATE FILED: 4/6/2020 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEVENDRA RAJ ACHARYA, individually an on behalf of all others similarly situated,

          Plaintiff,

-against-

7-ELEVEN, INC., and JIMMY K. SOLANKI,

          Defendants.

1:18-cv-08010-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    This case has been transferred to me for all purposes.

    IT IS HEREBY ORDERED that in accordance with Judge Crotty's prior order [ECF #40], the Parties must submit a proposed revised Case Management Plan and Scheduling Order, in the form provided by this Court on or before May 8, 2020.

    IT IS FURTHER ORDERED that counsel for all parties are directed to submit a joint letter regarding the status of this case by May 8, 2020. The letter should be filed on ECF, may not exceed 6 pages, and must include the following:

1. A brief statement of the nature of the case, the principal claims and defenses, and the major legal and factual issues that are most important to resolving the case;

2. A brief statement by the plaintiff, or by the defendant in removed cases, as to the basis of subject matter jurisdiction and venue, and a brief statement by each other party as to the presence or absence of subject matter jurisdiction and venue. Statements shall include citations to relevant statutes. In cases invoking the Court's diversity jurisdiction, the parties should state both the place of incorporation and the principal place of business of any party that is a corporation, and the citizenship of all

members, shareholders, partners, and/or trustees of any party that is a partnership, limited partnership, limited liability company, or trust;

3. A statement of procedural posture, including

    a. A brief description of any (i) motions that have been made and decided, (ii) motions that any party seeks or intends to file, including the principal legal and other grounds in support of and opposition to the motion, (iii) pending motions and (iv) other applications that are expected to be made;

    b. A brief description of any discovery that has already taken place, and a brief description of any discovery that the parties intend to take in the future; and

    c. A statement describing the status of any settlement discussions and whether the parties would like a settlement conference; and

4. Any other information the parties believe may assist the Court in resolving the action.

Any request for an extension or adjournment shall be made by letter filed on ECF and must be received at least 72 hours before the deadline or conference.

**SO ORDERED.**

Date: **April 6, 2020**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**