# BHURTEL LAW FIRM PLLC

37-49 75th Street, 2nd floor, Jackson Heights, NY 11372
Phone # 718-509-6181 Email: deb@attorneybhurtel.com

---

The Honorable MARY KAY VYSKOCIL                                    August 14, 2020
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl St.
New York NY 10007-1312

Re:   Devendra Raj Acharya, Individually and on Behalf of All other similarly situated Plaintiff(s) vs 7-Eleven, Inc., Jimmy K Solanki (Defendant(s).
Civil Acton No. 1:18-cv-08010 (MKV)


Dear Judge Vyskocil:

This firm represents plaintiff Devendra Raj Acharya, Individually and on Behalf of All other similarly situated Plaintiff(s)in the above referenced action (hereinafter Plaintiff). This letter is submitted response to defense counsel's request for extension of discovery dated August 5th 2020.

Plaintiff has no position with respect to filing defense Counsel's motion to withdraw. However, defense counsel did not send request with Plaintiff's counsel asking that they are requesting extension of time for discovery without making a motion to withdraw. It is not clear when defense counsel will file motion for withdraw based on his letter. Plaintiff has objection to defense counsel's blank request for extension of discovery.  If defendant is using this time to hire a new counsel if so this should be clear in their letter.  Plaintiff does not have any position to give 60 days time to hire a new counsel. However, the plaintiff requests that hiring a new counsel should be made timely without delaying further of this proceeding.
Wherefore it is respectfully requested that defendant should make clear if defense counsel is going file motion to withdraw or their will be change of attorney.


Respectfully Submitted,


_____s/d_____
Durga Prasad Bhurtel, Esq.
Bhurtel Law Firm PLLC
Attorney for the Plaintiff
3749 75th Street, 2nd Floor
Jackson Heights, New York 11372
Tel: (718) 509-6181
Email: deb@attorneybhurtel.com