UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DEVANDRA RAJ ACHARYA, Individually and on Behalf of All Others Similarly Situated,

                Plaintiff,

-against-

7-ELEVEN, INC. and JIMMY K SOLANKI

                Defendants.
-------------------------------------------------------------X

Case No.: 1:18-cv-08010

**AFFIRMATION OF SERVICE**

    **JASON MIZRAHI**, an attorney duly admitted to practice law in the State of New York, hereby declares under penalty of perjury that on August 17, 2020, I have served a copy of Levin-Epstein & Associates, P.C.'s; (i) Notice of Motion to Withdraw as Counsel of Record for Defendant Jimmy K. Solanki; and (ii) Declaration of Jason Mizrahi in support, filed on ECF on August 17, 2020 [ECF Nos. 53, 54] by sending the same by regular mail, and electronic mail, addressed to the last known address of the recipient(s) as indicated below and upon information and belief, none of the aforesaid persons is in the military service as defined by the Act of Congress known as the "Soldiers' and Sailors' Civil Relief Act" of 1940 and in the New York "Soldiers' and Sailors' Civil Relief Act."

                Jimmy K. Solanki
                107 East 23rd Street
                New York, NY 10010
                Email: Upleta@yahoo.com

Dated: August 17, 2020
      New York, New York

               By:    /s/ *Jason Mizrahi*
                        Jason Mizrahi, Esq.
                        Levin-Epstein & Associates, P.C.
                        420 Lexington Avenue, Suite 2525
                        New York, New York 10170
                        Email: Jason@levinepstein.com
                        *Attorneys for Defendant Jimmy K. Solanki*