USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/2/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEVANDRA RAJ ACHARYA, Individually and on Behalf of All Others Similarly Situated,

          Plaintiff,

-against-

JIMMY K SOLANKI,

          Defendant.

1:18-cv-08010-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    Counsel for Defendant Jimmy Solanki has moved to withdraw following the termination of its attorney-client relationship by Defendant [ECF #53]. The Motion is GRANTED. Outgoing counsel is directed to provide a copy of this order to Defendant.

    Defendant Jimmy Solanki will proceed in this case pro se pending the appearance of replacement counsel. As such, before September 7, 2020, Mr. Solanki must mail to the Court's Pro Se Intake Office a copy of his address, email address, and telephone number. The Court may only accept filings from a pro se party by mail absent a consent to electronic filing. A copy of that consent form and instructions are attached here and, if Defendant chooses, may be signed and returned to the Court by mail at any time.

    The Parties are further instructed to appear for a telephonic status conference on September 23, 2020 at 12:00PM. To join the conference dial 888-278-0296 and enter access code 5195844.

Outgoing counsel is also directed to inform Mr. Solanki of all existing deadlines in this case. Regardless of whether Defendant retains new counsel, he must comply with all existing deadlines and orders of the Court.

**SO ORDERED.**

**Date: September 2, 2020**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

United States District Court
Southern District of New York

# Pro Se (Nonprisoner) Consent to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1. Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;

2. Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail.[2] Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

## IMPORTANT NOTICE

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1. You will no longer receive documents in the mail;

2. If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;

3. This service does *not* allow you to electronically file your documents;

4. It will be your duty to regularly review the docket sheet of the case.[3]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] You must review the Court's actual order, decree, or judgment and not rely on the description in the email notice alone. *See* ECF Rule 4.3

[3] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____

_____
Name (Last, First, MI)

_____ _____ _____ _____
Address               City      State   Zip Code

_____         _____
Telephone Number            E-mail Address

_____         _____
Date                        Signature

**Return completed form to:**

Pro Se Intake Unit (Room 200)
500 Pearl Street
New York, NY 10007