UNITED STATES DISTRICT COURT  Civil Case No: 1:18-CV-08010
SOUTHERN DISTRICT OF NEW YORK

---

DEVENDRA RAJ ACHARYA, Individually and on Behalf of All Others Similarly Situated,

      Plaintiff(s)

-against-

7-ELEVEN, INC., AND JIMMY K SOLANKI

      Defendants

**Affidavit of service**

---

STATE OF NEW YORK) ss:
COUNTY OF QUEENS)

I, Uttam Pandey depose, swear and say that:

1. I am an employee of the Bhurtel Law Firm PLLC 37-49 75TH Street 2nd Fl. Jackson Heights, NY 11372.

2. That on the October 5, 2020 I served a court order informing the defendant and his previous counsels to the defendant's email address upleta@yahoo.com, and upon the defendant's previous attorneys Jason Mizrahi, Esq. and Joshua Levin-Epstein via email **address Jason@levinepstein.com and Joshua@levinepstein.com**
At the email addresses designated by the defendant and defendant's previous attorneys by using computer, and software email service provider, which cause to transfer email to the above set forth email address from my official email address uttam@attorneybhurtel.com.

Swore and Signed before me
On 5th of October, 2020
Notary Public

Uttam Pandey
October 5, 2020

DURGA PRASAD BHURTEL
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #02BH6108849
COMM. EXP. 4/19/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK          Civil Action No: 1:18-CV-08010-RJS

DEVENDRA RAJ ACHARYA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

                                                               Plaintiffs,

V.

7-ELEVEN, INC. and JIMMY K SOLANKI

                                                               Defendants.

# AFFIDAVIT OF SERVICE

**Bhurtel Law Firm PLLC**
*Attorney for Plaintiff(s)*

*Office and Post office Address, Telephone*

3749 75th Street 2nd Floor
Jackson Heights, NY 11372
Phone # 718-509-6181

Service of a copy of the within is hereby admitted by Attorney for the defendant on Dated, by

.....................................................
*Attorney(s) for defendants BY:*