UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEVENDRA RAJ ACHARYA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff(s)<br>          -Against-<br>JIMMY K SOLANKI<br><br>Defendant(s) | Civil Case No.:<br>1:18-CV-08010 (MKV)<br><br>DEFAULT JUDGMENT<br><br>Fed. R. Civ. P. 55(b)(2)<br><br>Hon. Mary Kay Vyskocil USDJ |

On                              , the court heard Plaintiff DEVENDRA RAJ ACHARYA, Individually and on Behalf of All Others Similarly Situated's application for entry of a default judgment against the defendant Jimmy K. Solanki under Rule 55 (b) (2) of the Federal Rules of Civil Procedure. After considering the papers submitted in connection with the application, the papers on file in this action, the evidence offered at the hearing on the motion and the authorities cited, the court finds as follows:

1. A default was entered against defendant Jimmy Solanki on December 29, 2020. ECF doc. # 81.
2. The defendant Jimmy Solanki is not a minor, an incompetent person, or a current member of the military service. Affidavit of service Howard Collado DCA LIC # 1455013, ECF Doc. # 12.
3. The Defaulting defendant Jimmy Solanki, having previously appeared in this action, was given due notice of the motion for a default judgment, as required by Rule 55(b)(2) of the Federal Rules of Civil Procedure.

4. Plaintiff DEVENDRA RAJ ACHARYA, has established that the defendant Jimmy Solanki is liable to Plaintiff Devendra Raj Acharya for damages for unpaid wages, overtime wages and liquidated damages under Fair Labor Standard Act (FLSA) and New York Labor Law (NYLL) and applicable rules, in the amount set forth below, together with interest in the amount set forth below costs and attorney fee to be determined at the hearing.

5. Plaintiff Devenra Raj Acharya has established that the defendant Jimmy Solanki is liable for retaliation damages the amount to be determined at the hearing.

6. Plaintiff Devenra Raj Acharya has established that the defendant Jimmy Solanki is liable for reasonable attorney's fees the amount to be determined after plaintiff Counsel's application for attorney fees.

THEREFORE, IT IS ORDERED that:

1. Default judgment be entered against the defendant Jimmy Solanki as follows:

   a. Unpaid overtime wages and unpaid regular wages in the amount of $ 14241.83

   b. Fair Labor Standard Act Penalty in the amount of 14241.83

   c. New York Labor Law Penalty in the amount of 14241.83

   d. Interest from Median date July 11, 2016 to as of April 20, 2020 in the amount of 6123.18

 e. Failure to give proper paycheck in the amount of $ 5000.00

 f. Failure to give proper notice under NYLL in the amount of $ 5000.00

 g. Social security and Medicare tax contribution $ 1089.49

 h. Cost in the amount of $

 i. Damages related to retaliation to be determined at the hearing/trial.

 j. Attorney fee to be determined after plaintiff's application for fees.

2. This judgment shall bear interest at the judgment rate from the date of entry until paid.

3. This matter will be scheduled for trial to determined retaliation damages and other reliefs sought by the plaintiff.

Dated: May     2021

_____

Hon. Mary Kay Vyskocil
UNITED STATES DISTRICT JUDGE