UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/25/2021
```

DEVANDRA RAJ ACHARYA, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

-against-

JIMMY K. SOLANKI,

Defendant.

1:18-cv-08010 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

On August 18, 2021, the Court held a hearing on Plaintiff's Motion for Default Judgment [ECF No. 84]. The Court granted the Motion in part and referred the case to Judge Cott for an inquest on damages. [ECF Nos. 97, 98]. On October 22, 2021, Plaintiff filed a Motion for Reconsideration of the Court's Order granting in part the Motion for Default Judgment. [ECF No. 102].

Local Civil Rule 6.3 provides that "a notice of motion for reconsideration or reargument of a court order determining a motion shall be served within fourteen (14) days after the entry of the Court's determination of the original motion." The deadline for reconsideration "is not merely a procedural quirk, it serves to protect the integrity of proceedings before the Court by ensuring some measure of finality." *United States v. Reichberg*, No. 1:16-cr-468-GHW, 2018 U.S. Dist. LEXIS 211783, 2018 WL 6599465, at *9 (S.D.N.Y. Dec. 14, 2018) (internal quotation marks omitted). For that reason, courts "in this Circuit routinely deny untimely motions for reconsideration without considering their merits." *Beckles v. City of New York*, No. 08 Civ. 3687(RJH)(JCF), 2010 U.S. Dist. LEXIS 45423, 2010 WL 1841714, at *4 (S.D.N.Y. May 10, 2010). Plaintiff has filed his Motion for Reconsideration almost a full two months after the

Court entered its order determining the Motion for Default Judgment. Accordingly, the Court denies the Motion for Reconsideration [ECF No. 102] as untimely.

**SO ORDERED.**

Date:   **October 25, 2021**
       **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**