UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DEVENDRA RAJ ACHARYA,
                            Plaintiff,

            -against-

JIMMY K. SOLANKI,
                            Defendant.
-----------------------------------------------------------X

18 CIVIL 8010 (MKV)

**JUDGMENT**

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 27, 2022, in reviewing a magistrate judge's report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). The Court has reviewed a report and recommendation to which no objections are filed for clear error. See Fed. R. Civ. P. 72; Colvin v. Berryhill, 734 F. App'x 756, 758 (2d Cir. 2018); Edwards v. Fischer, 414 F. Supp. 2d 342, 346-47 (S.D.N.Y. 2006). The reasoning and conclusions laid out in Magistrate Judge Cott's Report and Recommendation are sound and well-supported, and the Court, therefore, has fully adopted the Report and Recommendation. Judgment is entered in favor of the Plaintiff in the amount of $48,680.58 in damages (consisting of unpaid minimum and overtime wages, and liquidated and statutory damages), plus prejudgment interest on $19,340.29 of the damages in an amount to be calculated upon entry of judgment, in the amount of $10,090.86, attorneys' fees and costs in the amount of $25,596.70, and post-judgment interest on all sums; accordingly, the case is closed.

**Dated:** New York, New York
           April 27, 2022

                                                    **RUBY J. KRAJICK**
                                                        **Clerk of Court**
                          **BY:**

                                                        **Deputy Clerk**